In the
Court of Criminal Appeals
of Texas

———————◆———————

WR-83,252-02
Cause No. 1099166-A
In the 183rd District Court
of Harris County, Texas

———————◆———————

Ex parte Robert Dion Williams

———————◆———————

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

## TRIAL COURT'S REQUEST FOR EXTENSION

The 183rd District Court of Harris County, Texas, with the Honorable Vanessa Velasquez, moves the Court of Criminal Appeals to grant an extension of time to resolve the claims in the instant writ and would show the following:

### I.

**PROCEDURAL HISTORY**

Robert Dion Williams, the applicant, is confined pursuant to the judgment and sentence of the 183rd District Court of Harris County, Texas, a jury having convicted him of capital murder in cause number 1099166. The State did not seek the death penalty and the trial court assessed the mandatory punishment at confinement for life in the Texas Department of Criminal Justice – Institutional Division. The First Court of Appeals affirmed the applicant's conviction. *Williams v. State*, 01-09-00971-CR, 2010 WL 5117696 (Tex. App.—Houston [1st Dist.] Dec. 16, 2010, pet. ref'd).

The applicant petitioned for a writ of habeas corpus on September 7, 2012. The State was served with the application on March 12, 2013 and filed a motion requesting the trial court designate the issues on March 27, 2013. The trial court designated issues on April 12, 2013. The State filed its Original Answer on June 3, 2015. On June 5, 2015, the trial court entered findings of fact and conclusions of law and the transcript was forwarded to the Texas Court of Criminal

Appeals. On August 26, 2015, the Texas Court of Criminal Appeals ordered that the trial court order trial counsel to respond to the Applicant's claims of ineffective assistance of counsel. Pursuant to the Court's order, on August 31, 2015, the trial court ordered trial counsel, Alvin Nunnery, to respond to the applicant's claims of ineffective assistance of counsel.

## II.

Alvin Nunnery's affidavit was due on September 30, 2015. The Court's deadline for the trial court to resolve the issue of whether the applicant was denied effective representation is November 24, 2015. As of November 10, 2015, Alvin Nunnery has not filed an affidavit pursuant to the trial court's August 31, 2015 order.

Accordingly, this Court requests additional time in order to resolve the instant claims and prepare proposed findings of fact and conclusions of law for the Court's consideration. This Court's request is not intended to unduly delay proceedings in the instant cause.

## III.

WHEREFORE, PREMISES CONSIDERED, this Court respectfully requests that the Court of Criminal Appeals allow until _January 18, 2016_ to resolve the claims in the instant cause.

SIGNED this ___10___ day of November, 2015.

Judge Vanessa Velasquez
183rd District Court
Harris County, Texas

2